COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO. 2-06-094-CV

 

IN RE JACQUELINE RUTLEDGE
HENDERSON                               RELATOR

 

                                               -----------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator=s
petition for writ of mandamus is denied. 
In addition, this court vacates its March 17, 2006 order staying
respondent=s March 9, 2006 Clarification
Order and all related orders or proceedings in cause number CV03-52035-CCL. 

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

PANEL B:   DAUPHINOT, HOLMAN, and
GARDNER, JJ. 

 








DELIVERED: April 24, 2006











    [1]See
Tex. R. App. P. 47.4.